# First District Court of Appeal
## State of Florida

———————————————————

No. 1D2024-2970

———————————————————

Waddie Ming, III,

    Appellant,

v.

State of Florida,

    Appellee.

———————————————————

On appeal from the Circuit Court for Bay County.
Timothy Allen Register, Judge.

April 2, 2026

Per Curiam.

    Affirmed.

Kelsey, M.K. Thomas, and Long, JJ., concur.

———————————————————

***Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.***

———————————————————

Jessica J. Yeary, Public Defender, and Joel Daniel Arnold, Assistant Public Defender, Tallahassee, for Appellant.

James Uthmeier, Attorney General, Tallahassee, for Appellee.